442 A.2d 693

COMMONWEALTH of Pennsylvania

v.

Bennie Harry BRIMAGE, Appellant.

Supreme Court of Pennsylvania.

Argued March 4, 1982.

Decided April 2, 1982.

John H. Corbett, Jr., Asst. Public Defender, Chief, Appellate Division, Pittsburgh, for appellant.

Robert L. Eberhardt, Deputy Dist. Atty., K. A. Mericli, Asst. Dist. Atty., Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.